## (January 27, 1980)

■ JUAN ZAVALA et al., Appellants, v BANQUE NATIONALE DE PARIS, Respondent. — Order, Supreme Court, New York County, entered on September 6, 1978, unanimously affirmed on the opinion of Kassal, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Sandler, Ross, Lupiano and Lynch, JJ.